| | |
|---|---|
| **MARK W. COLEMAN #117306** <br> **NUTTALL COLEMAN & DRANDELL** <br> 2333 MERCED STREET <br> FRESNO, CALIFORNIA 93721 <br> PHONE (559) 233-2900 <br> FAX (559) 485-3852 | |

Attorneys for Defendant,
    MARIO OLIVAS

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:17-CR-000270-LJO-SKO |
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE CHANGE OF PLEA HEARING AND ORDER.** |
| MARIO OLIVAS, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between attorneys for the respective clients that the Change of Plea Hearing currently scheduled for Monday, August 20, 2018 at 8:30 a.m., be continued to **Monday, October 15, 2018**, at 8:30 a.m.

This continuance is requested by counsel for Defendant OLIVAS, due to the fact that counsel needs additional time to discuss the change of plea with the client and continue negotiations with the U.S. Attorney.

Counsel for Defendant has spoken with Assistant U.S. Attorney, Vincenza Rabenn, who has no objection to this continuance. The parties agree that time under the Speedy Trial Act be excluded under 18 U.S.C. §§ 3161(h)(1)(D) and (7)(A).

Dated: August 16, 2018.                                          NUTTALL COLEMAN & DRANDELL

                                                                                         /s/ Mark W. Coleman <br>
                                                                                        MARK W. COLEMAN <br>
                                                                                        Attorney for Defendant <br>
                                                                                        MARIO OLIVAS

Dated: August 16, 2018.

                                              /s/ Vincenza Rabenn

                                              VINCENZA RABENN
                                              Assistant United States Attorney

* * * * *

Granted. No further continuances. The hearing on October is now a status AND, if needed, a Trial Setting Conference.

IT IS SO ORDERED.

    Dated:   **August 16, 2018**                  **/s/ Lawrence J. O'Neill**
                                                           UNITED STATES CHIEF DISTRICT JUDGE